Joel B. Robbins, Esq. (011065)
Anne E. Findling, Esq. (010871)
**ROBBINS & CURTIN, p.l.l.c.**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: 602/285-0100
Fax: 602/265-0267
joel@robbinsandcurtin.com
anne@robbinsandcurtin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Donald Rose**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **William B. Pribil**, *et al.*, <br><br> Defendants. | No. 3:15-cv-08150-DGC <br><br> **NOTICE OF SUGGESTION OF DEATH** |

Plaintiffs, through counsel, hereby give notice that on July 9, 2016, Plaintiff Donald Rose passed away. Plaintiffs shall submit a motion to substitute parties pursuant to Federal Rule of Civil Procedure 25(a) within the time required by rule.

RESPECTFULLY SUBMITTED: July 25, 2016.

                **ROBBINS & CURTIN, p.l.l.c.**

           By: /s/ Joel B. Robbins
               Joel B. Robbins
               *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Milton W. Hathaway, Jr.
Murphy, Schmitt, Hathaway, & Wilson, P.L.L.C.
P.O. Box 591
Prescott, Arizona 86302-0591
mhathaway@mshwlaw.com
*Attorneys for Defendants*

By: /s/ Julie W. Molera