Milton W. Hathaway, Jr., Esq.
AZ State Bar No. 005442
**MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.**
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Donald Rose, *et al.*, | Case No. 3:15-cv-08150-DGC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| William B. Pribil, *et al.*, | *Assigned to Hon. David G. Campbell* |
| Defendant. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, IN AND FOR THE DISTRICT OF ARIZONA:**

NOTICE IS GIVEN HEREBY, pursuant to Rule 40.2(d), LRCiv, that the above-entitled and numbered action has been compromised and settled and will be dismissed.

///

///

///

///

1   The parties wish to give notice of settlement to the Court so that all further proceedings before
2   the Honorable David G. Campbell may be vacated.
3       DATED this 6th day of February, 2017.

                              MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.

                              By: *s/Milton W. Hathaway, Jr.*
                                    Milton W. Hathaway, Jr., Esq.
                                    P. O. Box 591
                                    Prescott, AZ 86302-0591
                                    Attorneys for Defendants

MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.
ATTORNEYS AT LAW
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860

CERTIFICATE OF SERVICE

I, Milton W. Hathaway, Jr., an attorney, do hereby certify that on this 6th day of February, 2017, I electronically submitted the foregoing **NOTICE OF SETTLEMENT** using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joel B. Robbins, Esq.
Anne E. Findling, Esq.
ROBBINS & CURTIN, p.l.l.c.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Attorneys for Plaintiffs

MURPHY, SCHMITT, HATHAWAY, & WILSON, P.L.L.C.


By: *s/Milton W. Hathaway, Jr.*
    Milton W. Hathaway, Jr.