Milton W. Hathaway, Jr., Esq.
AZ State Bar No. 005442
**MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.**
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Donald Rose, *et al.*, | Case No. 3:15-cv-08150-DGC |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| William B. Pribil, *et al.*, | |
| Defendant. | *Assigned to Hon. David G. Campbell* |

IT IS STIPULATED, by and between the parties undersigned, that this cause of action

///

///

///

///

///

///

///

has been compromised and settled between Plaintiff and Defendant and that this case may be dismissed with prejudice, each party to bear its own attorneys' fees and costs of suit.

DATED this 16th day of February, 2017.

MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.


By: *s/Milton W. Hathaway, Jr.*
    Milton W. Hathaway, Jr., Esq.
    P. O. Box 591
    Prescott, AZ  86302-0591
    Attorneys for Defendants


ROBBINS & CURTIN, P.L.L.C.


By: *s/Joel B. Robbins*
    Joel B. Robbins, Esq.
    3101 E. Bethany Home Rd., Suite B-100
    Phoenix, AZ  85012
    Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I, Milton W. Hathaway, Jr., an attorney, do hereby certify that on this 16th day of February, 2017, I electronically submitted the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joel B. Robbins, Esq.
Anne E. Findling, Esq.
ROBBINS & CURTIN, p.l.l.c.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Attorneys for Plaintiffs

MURPHY, SCHMITT, HATHAWAY, & WILSON, P.L.L.C.

By: *s/Milton W. Hathaway, Jr.*
    Milton W. Hathaway, Jr.