# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Rose, et al., | No. CV15-8150 PCT DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| William B. Pribil, et al., | |
| Defendants. | |

Pursuant to stipulation for dismissal with prejudice. Doc. 58.

**IT IS ORDERED** that the stipulation for dismissal with prejudice (Doc. 58) is **granted.** This action is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

Dated this 16th day of February, 2017.

_____
David G. Campbell
United States District Judge